# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2304

_____

Robert Ray Young,      *
    *
       Appellant,      *
    *     Appeal from the United States
   v.      *     District Court for the
    *     Western District of Missouri.
Tina Jackson, Manager of Appletree      *
Apartments; Assistant Manager of      *        [UNPUBLISHED]
Appletree Apartments,      *
    *
       Appellees.      *

_____

Submitted: November 1 , 2010
Filed: November 3, 2010

_____

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

_____

PER CURIAM.

Missouri resident Robert Young brings this interlocutory appeal challenging the district court's[1] denial of appointment of counsel.[2] After careful review, we conclude

_____

[1]The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.

[2]This appeal is timely only as to the June 8, 2010 order denying appointment of counsel. See Fed. R. App. P. 4(a)(1)(A); Nat'l Ass'n of Chain Drug Stores v. New Eng. Carpenters Health Benefits Fund, 582 F.3d 30, 40 (1st Cir. 2009).

that the district court did not abuse its discretion, see Phillips v. Jasper County Jail, 437 F.3d 791, 794 (8th Cir. 2006) (standard of review and relevant factors), and we therefore affirm. We also deny the pending motions. See 8th Cir. R. 47B.

_____